UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Nos. 5:17-cr-00556 / 5:20-cr-00248 |
| : | |
| JASON WEIGAND   : | |

**O R D E R**

**AND NOW**, this 14th day of April, 2021, upon consideration of the parties' several pending motions in this matter, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's motion to dismiss and/or strike, ECF No. 80 in CR 17-566, is **DENIED**.

2. The Government's motion *in limine* to admit evidence of Defendant's attempted witness tampering, ECF No. 83 in CR 17-556; ECF No. 9 in CR 20-248, is **GRANTED**.

3. The Government's motion *in limine* to limit cross-examination of JH regarding his prior drug use, ECF No. 85 in CR 17-556; ECF No. 11 in CR 20-248, is **GRANTED**, in part, and **DENIED,** in part.

4. Defendant's motion *in limine* to bar use of certain language at trial and to withhold the Second Superseding Indictment from the jury, ECF No. 86 in CR 17-556; ECF No. 12 in CR 20-248, is **DENIED**.

5. Defendant's motion to compel, ECF No. 87 in CR 17-556; ECF No. 13 in CR 20-248, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge