UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Nos. 5:17-cr-00556 / 5:20-cr-00248 |
| | : | |
| JASON WEIGAND. | : | |

**O R D E R**

**AND NOW**, this 23nd day of September, 2021, upon consideration of the Government's motion *in limine*, *see* ECF No. 84 in 17-556; ECF No. 10 in 20-248, and for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Government's Motion in Limine to Admit Telephone Recordings, ECF No. 84 in 17-556; ECF No. 10 in 20-248, is **GRANTED** consistent with the discussion in the Opinion:

    A. Exhibits 8–12 and 15–17 are admissible as intrinsic evidence.

    B. Exhibits 1–7, 13, 14, 18, and 19 are admissible under Rule 404(b) of the Federal Rules of Evidence.

    C. Rulings regarding authenticity of Exhibits 1–19 are reserved for trial.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

092221