UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Nos. 5:17-cr-00556 / 5:20-cr-00248 |
| | : |
| JASON WEIGAND. | : |

**O R D E R**

**AND NOW**, this 21st day of October, 2021, upon consideration of the Defendant's second motion for bail, *see* ECF No. 113 in 17-556; ECF No. 39 in 20-248, the Government's memorandum in opposition, see ECF No. 42 in 20-248, and for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

The Defendant's motion, ECF No. 113 in 17-556; ECF No. 39 in 20-248; is **DENIED**.


BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge